# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

FILED ___ ENTERED
LOGGED ___ RECEIVED
NOV 05 2018
CLERK, U.S. DISTRICT COURT BALTIMORE
BY DISTRICT OF MARYLAND DEPUTY

1. I, Sarah Lewis, being first duly sworn, do hereby depose and state that I am a Special Agent of the Federal Bureau of Investigation. I have been so employed since July 2015. I have received extensive training in interview and interrogation techniques, arrest procedures, and the preparation and execution of search and seizure warrants. I also have assisted in white collar and Organized Crime and Drug Enforcement Task Force (OCDETF) investigations in various capacities. As a Special Agent, I have written and executed multiple search warrants, participated in the execution of multiple Title III interceptions, including reviewing taped conversations pertaining to organized crime and narcotics organizations, and planned and executed multiple arrest operations. I have also participated in several prison corruption cases and am a member of the Maryland Prison Corruption Task Force that was established to combat corruption in Maryland prisons.

2. Based on my experience in prison corruption cases, I know that inmates will often work with corrupt correctional officers (COs) and outside facilitators to help smuggle in contraband. Contraband can include tobacco, Suboxone strips, K2 (synthetic marijuana), cellular telephones, and other electronic items. Corrupt COs routinely charge between $500 to $2000 to smuggle in various packages of contraband. Inmates will then break the packages of contraband down and sell to other inmates for profit.

3. Based on the facts set forth in this affidavit, I believe that there is probable cause to believe that Hope GLADDEN possessed with the intent to distribute Suboxone, a Schedule III controlled substance, in violation of 21U.S.C. § 841.

4. GLADDEN is a Correctional Officer ("CO") employed at the Eastern Correctional Institute ("ECI") in Westover, Maryland. Several cooperating inmates housed at ECI have

independently informed law enforcement that GLADDEN has smuggled contraband into ECI in the past few years.

5. On October 30, 2018, the Honorable A. David Copperthite issued two search warrants to search two U.S. Express Mail parcels addressed to P.O. Box 756 located at the Fruitland, Maryland, Post Office Station. From Post Office paperwork, P.O. Box 756 appears to be registered to a "Shirley Gladden."

6. The first package was addressed to a "Josie G." from a "Warnishia Hagans. Warnishia Hagans' name appears on the visitors log for a Warren Hagans, a current ECI inmate, and the address of this package (3551 55th Ave in Hyattsville) appears to be the address of Warren Hagans's parents. The phone number associated with the sender of package (202-910-8948) also appeared associated with Hagans: Warren Hagnas has used the jail call system to make or attempt approximately 148 calls to this number during just the month of October 2018.[1] In one jail call with this number, on October 1, 2018, Warren Hagans told a female voice to tell "C girl" to tell "C" to "mail the um, to overnight the bitches" (believed to refer to Suboxone) and the "technologies" (believed to refer to cellphones) to her because his "Bronco" (believed to refer to a smuggling CO) is "ready to pull off" (believed to refer to smuggling contraband). Law enforcement first recognized Warnishia Hagans' name because Warren Hagans has been the subject of DPSCS [by /W Department of Public Safety & Correctional] investigations into controlled dangerous substances smuggling at ECI.

7. The search of the package from Warnishia Hagans revealed at least 70 suboxone [Services] strips, consistent with law enforcement's interpretation of the above-referenced jail call.

8. The second package searched was also addressed to "Josie G." The label indicated that it was sent by a "Curtis Jones" at 3304 Ryan Drive in Suitland, Maryland, but a search of law enforcement databases reflects that there is no association between the name "Curtis Jones" and the

---

[1] As of 10/29/18

2

address provided. The search of that package revealed more Suboxone strips and suspected K-2 (synthetic marijuana) stuff inside a stuffed animal.

9. After searching both packages, and photographing their contents, law enforcement repackaged them with all content, including the Suboxone strips. On November 2, 2018, law enforcement set up surveillance at the Fruitland, Maryland Post Office Station. GLADDEN arrived and took possession of both Suboxone-containing packages. She was subsequently intercepted by law enforcement.

10. Based on my experience and training, I know that the quantity of Suboxone strips contained inside the packages is inconsistent with personal use and is consistent with further distribution.

_____  11/5/18
Special Agent Sarah Lewis, FBI        Date

Subscribed and sworn before me this 5TH day of November 2018:

_____
Hon. Beth P. Gesner
United States Magistrate Judge